KELLIE M. MURPHY, ESQ. (SBN 189500)
KRISTEN CAPRINO, ESQ. (SBN 306815)
kellie@jsl-law.com/kristen@jsl-law.com
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANTS:
TRACY UNIFIED SCHOOL DISTRICT & BRIAN STEPHENS

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER CRONE,

      Plaintiff,

v.

TRACY UNIFIED SCHOOL DISTRICT and BRIAN STEPHENS, an individual,

      Defendants.

**CASE NO. 2:20-cv-01451-JAM-AC**

**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TRACY UNIFIED SCHOOL DISTRICT TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a)**

Complaint Filed:    July 20, 2020
Trial Date:        None Set

///
///
///
///
///
///
///
///
///
///

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT
TRACY UNIFIED SCHOOL DISTRICT TO FILE RESPONSIVE PLEADING TO
FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a)**

Pursuant to Local Rule 144, Plaintiff CHRISTOPHER CRONE ("Plaintiff"), by and through his attorneys of record, and Defendant TRACY UNIFIED SCHOOL DISTRICT ("TUSD"), by and through its attorney of record, hereby stipulate to an extension of time for TUSD to file its responsive pleading to Plaintiff's First Amended Complaint ("FAC") as follows:

## RECITALS

1.      Plaintiff filed this action on July 20, 2020.  Following the filing and service of the Complaint and against TUSD and Defendant Brian Stephens ("Dr. Stephens") (hereinafter collectively referred to as "Defendants"), Defendants' counsel met and conferred with Plaintiff's counsel regarding a potential motion to dismiss.  While the parties were able to resolve some issues, there was a remaining unresolved issue regarding Dr. Stephens.  The parties agreed that Plaintiff would file an amended complaint addressing the issues that were resolved through the meet and confer.

2.      The parties previously filed a stipulation to extend Defendants' time to respond to the Complaint for twenty-eight days to September 25, 2020, in order to allow time to meet and confer as stated above.

3.      Plaintiff filed his FAC on September 25, 2020.  Defendants' deadline to file a responsive pleading to the FAC is October 9, 2020.

4.      While Defendants' counsel will file a motion to dismiss on behalf of Dr. Stephens on October 9, 2020, a motion to dismiss will not be filed on behalf of TUSD as the matters addressed through meet and confer regarding TUSD were resolved through the filing of the TAC.  The parties wish to avoid the unnecessary filing of multiple answers, as a single answer to the FAC can be filed on behalf of both defendants if Dr. Stephens' motion to dismiss is not granted.  The parties also wish to avoid the necessity of TUSD filing an answer to the FAC and then having to file another answer to a further amended complaint if Plaintiff is given leave to amend as to Dr. Stephens.  Accordingly, the parties agree that TUSD should be granted additional time to file its answer to the FAC.

///

///

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT
TRACY UNIFIED SCHOOL DISTRICT TO FILE RESPONSIVE PLEADING TO
FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="text-align:left; font-weight:bold;">JOHNSON SCHACHTER & LEWIS</div>
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

5.      As stated above, there was one previous stipulated extension of time with respect to the responsive pleading to the original Complaint; no extensions of time have been sought with respect to the FAC.

### **STIPULATION**

Based on the foregoing, **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and TUSD, as follows:

The deadline for TUSD to file its answer to the FAC should be extended to either the same date Dr. Stephens' answer is due in the event Dr. Stephens' motion to dismiss is denied or to the date that is ten (10) days after the date of the Order on Dr. Stephens' motion to dismiss in the event Dr. Stephens' motion to dismiss is granted. If Plaintiff is given leave to amend, the deadline for filing responsive pleadings on behalf of both defendants shall be governed by Rule 15(a)(3) of the Federal Rules of Civil Procedure.


Dated: October 9, 2020                    JOHNSON SCHACHTER & LEWIS
                                          A Professional Law Corporation


                                          /s/ Kellie M. Murphy
                                          KELLIE M. MURPHY


Dated: October 9, 2020                    LEIGH LAW GROUP, P.C.


                                          /s/ _Jay T. Jambeck__ (authorized on 10/9/20)
                                          JAY T. JAMBECK


<div style="text-align:center;">3</div>

<div style="text-align:center; font-weight:bold;">STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT
TRACY UNIFIED SCHOOL DISTRICT TO FILE RESPONSIVE PLEADING TO
FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a)</div>

1

## <u>ORDER</u>

2

3      **PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING,**

4  Defendant Tracy Unified School District's time to file its answer to Plaintiff's First Amended

5  Complaint is extended to either the same date Dr. Stephens' answer is due in the event

6  Dr. Stephens' motion to dismiss is denied or to the date that is ten (10) days after the date of the

7  Order on Dr. Stephens' motion to dismiss in the event Dr. Stephens' motion to dismiss is

8  granted. If Plaintiff is given leave to amend, the deadline for filing responsive pleadings on

9  behalf of both defendants shall be governed by Rule 15(a)(3) of the Federal Rules of Civil

10 Procedure.

11

12   DATED: October 9, 2020          /s/ John A. Mendez

13                                   THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT
TRACY UNIFIED SCHOOL DISTRICT TO FILE RESPONSIVE PLEADING TO
FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a)**