KELLIE M. MURPHY, ESQ. (SBN 189500)
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail: kellie@jsl-law.com / kristen@jsl-law.com

Attorneys for DEFENDANT:
TRACY UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CRONE, | CASE NO. 2:20-cv-01451-JAM-AC |
| Plaintiff, | **AMENDED FURTHER STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |
| v. | |
| TRACY UNIFIED SCHOOL DISTRICT and BRIAN STEPHENS, an individual, | |
| Defendants. | Complaint Filed: July 20, 2020<br>Trial Date: November 6, 2023 |

Pursuant to Local Rule 144, Plaintiff Christopher Crone ("Plaintiff") and Defendant Tracy Unified School District ("the District") (collectively "the Parties"), by and through their attorneys of record,[1] hereby stipulate as follows:

WHEREAS, on November 8, 2021, this Court issued a Scheduling Order [ECF No. 17] in this matter, a portion of which was changed by Minute Order dated November 17, 2021.

WHEREAS, on November 21, 2022, this Court modified the Scheduling Order pursuant to a prior stipulation between the parties [ECF No. 21], and in that Order also referred the Parties to Magistrate Judge Jeremy D. Peterson for settlement proceedings.

---

[1] The only claim alleged against Defendant Brian Stephens was dismissed with prejudice by Order dated December 7, 2020 [ECF No. 13]; accordingly, the only remaining parties are Plaintiff and the District.

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

WHEREAS, the Parties have contacted Magistrate Judge Peterson to schedule the settlement proceedings and anticipating scheduling a settlement conference for late May or June 2023.

WHEREAS, the Parties have proceeded and are proceeding with discovery, including Plaintiff's deposition scheduled for March 16, 2023, but would like to defer unnecessary expert discovery costs (such as any medical examination of Plaintiff) pending the settlement conference.

WHEREAS, in light of the above, the Parties believe that an approximate four month extension of the deadlines previously set is reasonable and necessary. No prior extensions of these deadlines have been sought.

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the Parties that the current Scheduling Order [ECF No. 21] be modified as follows (or with dates after those set forth below that are convenient for the Court):

DISPOSITIVE MOTION FILING DEADLINE: October 20, 2023 (continued from June 9, 2023);

DISPOSITIVE MOTION HEARING: December 12, 2023 (continued from July 25, 2023);

DISCOVERY: September 8, 2023 (continued from April 27, 2023 [however, the Court inadvertently changed "Expert Discovery" to April 27, 2023 in its prior order instead of "Discovery" pursuant to the Parties' stipulation; therefore the current discovery cutoff is technically January 27, 2023]);

JOINT MID-LITIGATION STATEMENT FILING DEADLINE:  Fourteen (14) days prior to the close of discovery;

EXPERT WITNESS DISCLOSURES: August 4, 2023 (continued from February 17, 2023);

SUPPLEMENTAL/REBUTTAL EXPERT WITNESS DISCLOSURES: September 8, 2023 (continued from March 9, 2023);

///

**AMENDED FURTHER STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1    FINAL PRETRIAL CONFERENCE: February 16, 2024 (continued from September 11,

2    2023)

3    TRIAL: April 1, 2024 (continued from November 6, 2023)

4

5

6    IT IS SO STIPULATED.

7

8    Dated:  January 27, 2023                    JOHNSON SCHACHTER & LEWIS

9                                                A Professional Law Corporation

10

11    _/s/ Kellie M. Murphy_____
      KELLIE M. MURPHY

12

13    Dated: January 27, 2023                    LEIGH LAW GROUP, P.C.

14

15    _/s/ Jay T. Jambeck_ (as authorized on 1/27/23)
      JAY T. JAMBECK

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**AMENDED FURTHER STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

## ORDER

**PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING,** the Court Orders that the dates set forth in the Scheduling Orders previously issued in this case on November 8, 2021 and November 21, 2022 shall be modified as follows:

DISPOSITIVE MOTION FILING DEADLINE: October 20, 2023;

DISPOSITIVE MOTION HEARING: December 12, 2023 at 1:30 p.m.;

DISCOVERY: September 8, 2023;

JOINT MID-LITIGATION STATEMENT FILING DEADLINE:  Fourteen (14) days prior to the close of discovery;

EXPERT WITNESS DISCLOSURES: August 4, 2023;

SUPPLEMENTAL/REBUTTAL EXPERT WITNESS DISCLOSURES: September 8, 2023;

FINAL PRETRIAL CONFERENCE: February 16, 2024 at 11:00 a.m.; and

TRIAL: April 1, 2024 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  January 27, 2023                    /s/ John A. Mendez
                                                                      THE HONORABLE JOHN A. MENDEZ
                                                                      SENIOR UNITED STATES DISTRICT JUDGE

**AMENDED FURTHER STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**