KELLIE M. MURPHY, ESQ. (SBN 189500)
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail: kellie@jsl-law.com / kristen@jsl-law.com

Attorneys for DEFENDANT:
TRACY UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CRONE, | CASE NO. 2:20-cv-01451-JAM-AC |
| Plaintiff, | **STIPULATION REGARDING DEPOSITION OF PLAINTIFF; ORDER** |
| v. | Complaint Filed: July 20, 2020<br>Trial Date: April 1, 2024 |
| TRACY UNIFIED SCHOOL DISTRICT and BRIAN STEPHENS, an individual, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure Rule 29, Plaintiff Christopher Crone ("Plaintiff") and Defendant Tracy Unified School District ("the District") (collectively "the Parties"), by and through their attorneys of record,[1] hereby stipulate as follows:

WHEREAS, on November 8, 2021, this Court issued a Scheduling Order [ECF No. 17] in this matter, a portion of which was changed by Minute Order dated November 17, 2021.

WHEREAS, on November 21, 2022, this Court modified the Scheduling Order pursuant to a prior stipulation between the parties [ECF No. 21], and in that Order also referred the Parties to Magistrate Judge Jeremy D. Peterson for settlement proceedings.

---

[1] The only claim alleged against Defendant Brian Stephens was dismissed with prejudice by Order dated December 7, 2020 [ECF No. 13]; accordingly, the only remaining parties are Plaintiff and the District.

1

**STIPULATION REGARDING DEPOSITION OF PLAINTIFF; ORDER**

1  WHEREAS, the Parties are scheduled for settlement proceedings with Chief Magistrate Judge Kendall J. Newman on October 10, 2023.

WHEREAS, the Parties intended for the deposition of Plaintiff to take place prior to the settlement proceedings and prior to the close of discovery on September 8, 2023, and Plaintiff's deposition was noticed for September 8, 2023 by Defendant's counsel.

WHEREAS, Plaintiff's counsel informed Defendant's counsel on September 5, 2023 that due to a family medical emergency, he is not available on September 8, 2023 for the deposition.

WHEREAS, the Parties have agreed that Plaintiff's deposition will take place on September 12, 2023, starting at 9:30 a.m. at the office of Defendant's counsel, which is after the close of discovery.

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the Parties, pursuant to Federal Rules of Civil Procedure Rule 29(b), that the deposition of Plaintiff may take place after the close of discovery on September 12, 2023 starting at 9:30 a.m.

IT IS SO STIPULATED.

Dated:  September 5, 2023            JOHNSON SCHACHTER & LEWIS
                                     A Professional Law Corporation


                                     /s/ Kellie M. Murphy
                                     KELLIE M. MURPHY


Dated: September 5, 2023             LEIGH LAW GROUP, P.C.


                                     /s/ Jay T. Jambeck (as authorized on 9/5/23)
                                     JAY T. JAMBECK

**STIPULATION REGARDING DEPOSITION OF PLAINTIFF; ORDER**

# ORDER

**PURSUANT TO THE STIPULATION,** the Court Orders that deposition of Plaintiff Christopher Crone may take place after the close of discovery on **September 12, 2023** starting at **9:30 a.m**.

**IT IS SO ORDERED.**

Dated:  September 06, 2023                    /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

3
**STIPULATION REGARDING DEPOSITION OF PLAINTIFF; ORDER**