1  JAY T. JAMBECK (SBN 226018)
   jjambeck@leighlawgroup.com
2  MANDY G. LEIGH (SBN 225748)
   mleigh@leighlawgroup.com
3  DAMIEN B. TROUTMAN (SBN 286616)
   dtroutman@leighlawgroup.com
4  LEIGH LAW GROUP, P.C.
   582 Market Street, Suite 905
5  San Francisco, CA 94104
   Office: (415) 399-9155
6  Fax: (415) 795-3733

7  Attorneys for PLAINTIFF:
   CHRISTOPHER CRONE
8
   KELLIE M. MURPHY, ESQ. (SBN 189500)
9  kellie@jsl-law.com
   KRISTEN M. CAPRINO, ESQ. (SBN 306815)
10 kristen@jsl-law.com
   JOHNSON SCHACHTER & LEWIS
11 A Professional Law Corporation
   Point West Commerce Centre
12 1545 River Park Drive, Suite 204
   Sacramento, CA 95815
13 Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
14
   Attorneys for DEFENDANT:
15 TRACY UNIFIED SCHOOL DISTRICT

16                    **UNITED STATES DISTRICT COURT**

17                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

18

19 | CHRISTOPHER CRONE, | ) | CASE NO. 2:20-cv-01451-JAM-AC |
   | --- | --- | --- |
20 |   | ) | **STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |
21 | Plaintiff, | ) |   |
22 | v. | ) |   |
23 | TRACY UNIFIED SCHOOL DISTRICT and BRIAN STEPHENS, an individual, | ) |   |
24 |   | ) |   |
25 | Defendants. | ) |   |
26 |   | ) |   |

27

28 ///

1
**STIPULATION (Case No. 2:20-cv-01451-JAM-AC)**

Plaintiff CHRISTOPHER CRONE (hereinafter, "Plaintiff") and Defendant TRACY UNIFIED SCHOOL DISTRICT (hereinafter, "District") submit the following stipulation to extend the deadline to file dispositional documents and state as follows:

1. The parties have agreed to the form of a settlement agreement. However, the Plaintiff is out of town without the ability to execute the settlement agreement until January 6, 2024. The agreement provides the District 30 days from the date of execution to make payment to Plaintiff.

2. Therefore, the Parties stipulate that dispositional documents shall be filed within thirty-four days of January 6, 2024, which falls on **February 09, 2024.**

SO STIPULATED.

Dated:  January 4, 2024                           LEIGH LAW GROUP, P.C.

/s/ Jay T. Jambeck

By:_____
    JAY T. JAMBECK
    Attorney for Plaintiff CHRISTOPHER CRONE

Dated:  January 4, 2024                           JOHNSON SCHACHTER & LEWIS
                                                  A Professional Law Corporation

/s/ Kellie M. Murphy
By:_____
    KELLIE M. MURPHY
    KRISTEN M. CAPRINO
    Attorney for Defendant TRACY UNIFIED SCHOOL DISTRICT

### **ORDER**

IT IS SO ORDERED.

Dated: January 05, 2024                           /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  SENIOR UNITED STATES DISTRICT JUDGE